WILLIAM B. LOUDENSLAGER, DEFENDANT IN ERROR, v. ATLANTIC CITY, PLAINTIFF IN ERROR.

Submitted July 10, 1911—Decided October 11, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 658.

For the plaintiff in error, *Harry Wootton.*

For the defendant in error, *John B. Slack:*

. PER CURIAM.

The judgment under review herein should be affirmed, for the reasons set forth in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, BOGERT, VREDENBURGH, CONGDON, JJ.  9.

*For reversal*—None.